IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| THURSTIE SHERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:13-cv-00020 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R & R") of United States Magistrate Judge Joel C. Hoppe [ECF No. 22], recommending that an Order be entered granting in part and denying in part Plaintiff's Motion for Summary Judgment/Motion for Remand [ECF No. 16], denying the Commissioner's Motion for Summary Judgment [ECF No. 19], and remanding the case for further administrative proceedings. The R & R was filed on June 19, 2014, from which date the parties had fourteen (14) days to file objections. *See* 28 U.S.C. § 636(b)(1)(C) (2013). No objections were filed. Accordingly, it this day **ADJUDGED** and **ORDERED** that the R & R shall be, and hereby is, **ADOPTED** in its entirety. Plaintiff's Motion for Summary Judgment/Motion for Remand is **GRANTED IN PART** and **DENIED IN PART**, the Commissioner's Motion for Summary Judgment is **DENIED**, and the case is **REMANDED** to the Commissioner for further proceedings consistent with the R & R.

The Clerk is directed to **DISMISS** this case from the active docket of the Court, and to send a copy of this Order to all counsel of record as well as to Magistrate Judge Hoppe.

ENTERED this 8th day of July, 2014.

                                                 s/Jackson L. Kiser
                                                 SENIOR UNITED STATES DISTRICT JUDGE